[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-10402
Non-Argument Calendar
_____

D.C. Docket No. 8:11-cr-00526-EAK-AEP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LAVONE DENISE JOHNSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(September 26, 2013)

Before MARCUS, HILL and FAY, Circuit Judges.

PER CURIAM:

Walter Grantham, appointed counsel for Lavone Denise Johnson in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Johnson's conviction and sentence are **AFFIRMED**.